| | |
|---|---|
| 1 | CHRISTOPHER J. BORDERS, SBN 135901 |
| | HINSHAW & CULBERTSON LLP |
| 2 | One California Street, 18th Floor |
| | San Francisco, CA 94111 |
| 3 | Telephone: 415-362-6000 |
| | Facsimile: 415-834-9070 |
| 4 | |
| | Attorneys for Plaintiff and Counter- |
| 5 | Defendant NATIONAL SURETY |
| | CORPORATION |
| 6 | |
| 7 | |
| 8 | **UNITED STATES DISTRICT COURT** |
| 9 | **NORTHERN DISTRICT OF CALIFORNIA** |
| 10 | **SAN FRANCISCO DIVISION** |

| | | |
|---|---|---|
| 11 | NATIONAL SURETY CORPORATION, an Illinois corporation, | ) Case No.: **09-CV-04898-EMC** |
| 12 | | ) |
| 13 | Plaintiff, | ) **STIPULATION TO EXTEND TIME FOR INITIAL RESPONSE TO** |
| 14 | vs. | ) **COMPLAINT [LOCAL RULE 6-1.(a)]** |
| 15 | PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a | ) ORDER |
| 16 | California corporation, and DOES 1 to 20, | ) |
| 17 | Defendants. | ) |
| 18 | PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a | ) |
| 19 | California corporation, | ) |
| 20 | Counter-Claimant, | ) |
| 21 | vs. | ) |
| 22 | NATIONAL SURETY CORPORATION, an Illinois corporation, | ) |
| 23 | | ) |
| 24 | Counter-Defendant. | ) |
| 25 | PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a | ) |
| 26 | California corporation, | ) |
| 27 | Third Party Plaintiff, | ) |
| 28 | | ) |

1

vs.

TWIW Insurance Services, LLC, a
California limited liability company.

            Third Party Defendant.

Plaintiff and Counter-Defendant NATIONAL SURETY CORPORATION and

Defendant and Counter-Claimant PACIFIC INTERNATIONAL VEGETABLE

MARKETING, INC., by and through their respective counsel, stipulate that Counter-

Defendant NATIONAL SURETY CORPORATION, shall have up to and including

November 30, 2009 to respond to Counter-Claimant PACIFIC INTERNATIONAL

VEGETABLE MARKETING, INC.'s Counterclaim filed on October 21, 2009.

This stipulation is made pursuant to Northern District of California Local Rule

6-1.(a), and preserves all rights under Rule 12.

IT IS SO STIPULATED.


DATED: November 13, 2009        HINSHAW & CULBERTSON LLP


By: _____ for
    CHRISTOPHER J. BORDERS
    Attorneys for Plaintiff and Counter-
    Defendant NATIONAL SURETY
    CORPORATION

DATED: November 13, 2009        CHRISTENSEN & JENSEN, P.C.

IT IS SO ORDERED:


_____      By: _____
Edward M. Chen           SCOTT EVANS
U.S. Ma__              Attorneys for Defendant and Counter-
                    Claimant PACIFIC INTERNATIONAL
                    VEGETABLE MARKETING, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen

2