1  CHRISTOPHER J. BORDERS, SBN 135901
   HINSHAW & CULBERTSON LLP
2  One California Street, 18th Floor
   San Francisco, CA 94111
3  Telephone:   415-362-6000
   Facsimile:   415-834-9070
4
   Attorneys for Plaintiff and Counter-
5  Defendant NATIONAL SURETY
   CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 | NATIONAL SURETY CORPORATION,     ) Case No.: 09-CV-04898-EMC
     an Illinois corporation,          )
12                                     )
                                       )
13          Plaintiff,                 ) STIPULATION TO EXTEND TIME
                                       ) FOR INITIAL RESPONSE TO
     vs.                               ) COMPLAINT [LOCAL RULE 6-1.(a)]
14                                     )  ORDER
   PACIFIC INTERNATIONAL              )
15 VEGETABLE MARKETING, INC., a       )
   California corporation, and DOES 1 to 20, )
16                                     )
          Defendants.                  )
17                                     )
   _____   )
18 PACIFIC INTERNATIONAL              )
   VEGETABLE MARKETING, INC., a       )
19 California corporation,             )
                                       )
20       Counter-Claimant,             )
                                       )
21   vs.                               )
                                       )
22 NATIONAL SURETY CORPORATION,       )
   an Illinois corporation,            )
23                                     )
         Counter-Defendant.            )
24                                     )
                                       )
25 PACIFIC INTERNATIONAL              )
   VEGETABLE MARKETING, INC., a       )
26 California corporation,             )
                                       )
27       Third Party Plaintiff,        )
                                       )
28                                     )

                                        1
STIPULATION TO EXTEND TIME FOR INITIAL RESPONSE TO COMPLAINT (LOCAL RULE 6.1(A)) -
                                              CASE NO. CV 09 1608-MEJ

|   |   |
|---|---|
| 1 | vs. |
| 2 | TWIW Insurance Services, LLC, a California limited liability company. |
| 3 | Third Party Defendant. |

5  Plaintiff and Counter-Defendant NATIONAL SURETY CORPORATION and
6  Defendant and Counter-Claimant PACIFIC INTERNATIONAL VEGETABLE
7  MARKETING, INC., by and through their respective counsel, stipulate that Counter-
8  Defendant NATIONAL SURETY CORPORATION, shall have up to and including
9  November 30, 2009 to respond to Counter-Claimant PACIFIC INTERNATIONAL
10 VEGETABLE MARKETING, INC.'s Counterclaim filed on October 21, 2009.
11  This stipulation is made pursuant to Northern District of California Local Rule
12 6-1.(a), and preserves all rights under Rule 12.
13  IT IS SO STIPULATED.

15 DATED: November 13, 2009        HINSHAW & CULBERTSON LLP

18                                  By: /s/ Christopher J. Borders (for)
                                    CHRISTOPHER J. BORDERS
19                                  Attorneys for Plaintiff and Counter-
                                    Defendant NATIONAL SURETY
20                                  CORPORATION

21 DATED: November 13, 2009        CHRISTENSEN & JENSEN, P.C.

23 IT IS SO ORDERED:

25 _____       By: /s/ Scott Evans
   Edward M. Chen                   SCOTT EVANS
26 U.S. Magistrate Judge            Attorneys for Defendant and Counter-
                                    Claimant PACIFIC INTERNATIONAL
27                                  VEGETABLE MARKETING, INC.

IT IS SO ORDERED
Judge Edward M. Chen

2
STIPULATION TO EXTEND TIME FOR RESPONSE TO COUNTERCLAIM [LOCAL RULE 6.1(a)]
CASE NO. 09-CV-04898-EMC