Wayne W. Call, Bar No. 56676
Kent R. Christensen, Bar No. 253815
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Telephone: (949) 717-3000; Fax: (949) 717-3100
wcall@calljensen.com
kchristensen@calljensen.com

Scott T. Evans, Utah Bar No. 6218
CHRISTENSEN & JENSEN, P.C.
15 West South Temple, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 323-5000; Fax: (801) 323-9037
scott.evans@chrisjen.com
*PRO HAC VICE*

Attorneys for Defendant, Counterclaimant, and Third-Party Claimant Pacific International Vegetable Marketing, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL SURETY CORPORATION, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation; and DOES 1 to 20,<br><br>Defendants. | Case No. 3:09-CV-04898-EMC<br><br>Case Assigned to:<br>Magistrate Judge Edward M. Chen<br><br>**STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br> ORDER |
| PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>NATIONAL SURETY CORPORATION, an Illinois corporation,<br><br>Counterdefendant. | Complaint Filed: September 18, 2009<br>Trial Date: None Set |

PAC12-01:1293430.DOC:1-22-10

- 1 -

STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC

| | |
|---|---|
| 1 | |
| 2 | PACIFIC INTERNATIONAL VEGETABLE MARKTING, INC., a California corporation, |
| 3 | |
| 4 | Third-Party Claimant, |
| 5 | vs. |
| 6 | TWIW INSURANCE SERVICES, LLC, a California limited liability company, |
| 7 | Third-Party Defendant. |

Plaintiff and Counter-Defendant NATIONAL SURETY CORPORATION; Defendant and Counter-Claimant PIM MARKETING, INC., and TWIW INSURANCE SERVICES, LLC, by and through their respective counsel, stipulate and agree that that the current ADR deadlines may be extended as follows:

| New Date | Event | Governing Rule |
|---|---|---|
| **02/10/2010** | Last day to meet & confer re: Initial Disclosures, early settlement; ADR process selection, and discovery plan; | FRDivP 26(F) & ADR L.R.3-5 |
| | File ADR Certification signed by Parties and Counsel; | Civil L.R. 16-8(b) & ADR L.R.3-5(b) |
| | File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; | Civil L.R. 16-8© & ADR L.R. 3-5(b) & (c) |
| ~~02/27/2010~~ 02/24/2010 | Last Day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re: Contents of Joint Case Management Statement; | Civil L.R. 16-9 |
| **03/3/2010** | INITIAL CASE MANAGEMENT CONFERENCE in Courtroom C, 15th Floor SF at 1:30 p.m. | Civil L.R. 16-10 |

The reason for said extension is that TWIW's answer is not due until January 25, 2010, and counsel for TWIW has therefore not yet entered their appearance for TWIW. Additionally, counsel for Plaintiff and Counter-Defendant is being substituted by Michael C. Cooper of Carlson, Calladine & Peterson, although said substitution has not yet taken place. Counsel of record and counsel of interested parties have agreed that it would be in the interest of judicial economy to delay these dates

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

PAC12-01:1293430.DOC:1-22-10       - 2 -
STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC

| | |
|---|---|
| 1 | until TWIW's counsel has entered their appearance and answered the Complaint on behalf of their |
| 2 | clients, and to allow NSC's substitution of counsel to take place. |
| 3 | IT IS SO STIPULATED. |
| 4 | DATED this 21 day of January, 2010. |

HINSHAW & CULBERTSON LLP

_____
Christopher J. Borders
*Attorneys for Plaintiff and Counter-Defendant National Surety Corporation*

DATED this _____ day of January, 2010.

CARLSON, CALLADINE & PETERSON, LLP

_____
Michael C. Cooper
*An Interested Party on behalf of Plaintiff and Counter-Defendant National Surety Corporation*

DATED this _____ day of January, 2010.

CHRISTENSEN & JENSEN, P.C.

_____
Scott T. Evans, appearing pro hac vice

CALL, JENSEN & FERRELL
Wayne W. Call
Kent R. Christensen
*Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff Pacific International Vegetable Marketing, Inc.*

DATED this 21 day of January, 2010.

MILLER, LP

_____
Randall Miller
Thomas Burg
*An interested Party on behalf of Third-Party Defendant TWIW Insurance Services, LLC*

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

PAC12-01:1293430.DOC:1-20-10           - 3 -
STIPULATION TO EXTENT DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC

| | |
|---|---|
| 1 | until TWIW's counsel has entered their appearance and answered the Complaint on behalf of their |
| 2 | clients, and to allow NSC's substitution of counsel to take place. |
| 3 | IT IS SO STIPULATED. |
| 4 | DATED this _____ day of January, 2010. |

HINSHAW & CULBERTSON LLP

_____
Christopher J. Borders
*Attorneys for Plaintiff and Counter-Defendant National Surety Corporation*

DATED this **21** day of January, 2010.

CARLSON, CALLADINE & PETERSON, LLP

*[signature]*

_____
Michael C. Cooper
*An Interested Party on behalf of Plaintiff and Counter-Defendant National Surety Corporation*

DATED this _____ day of January, 2010.

CHRISTENSEN & JENSEN, P.C.

_____
Scott T. Evans, appearing pro hac vice

CALL, JENSEN & FERRELL
Wayne W. Call
Kent R. Christensen
*Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff Pacific International Vegetable Marketing, Inc.*

DATED this _____ day of January, 2010.

MILLER, LP

_____
Randall Miller
Thomas Burg
*An interested Party on behalf of Third-Party Defendant TWIW Insurance Services, LLC*

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

PAC12-01:1293430.DOC:1-20-10 - 3 -
STIPULATION TO EXTENT DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC

| | |
|---|---|
| 1 | until TWIW's counsel has entered their appearance and answered the Complaint on behalf of their |
| 2 | clients, and to allow NSC's substitution of counsel to take place. |
| 3 | IT IS SO STIPULATED. |
| 4 | DATED this _____ day of January, 2010. |
| 5 | HINSHAW & CULBERTSON LLP |

_____
Christopher J. Borders
*Attorneys for Plaintiff and Counter-Defendant National Surety Corporation*

DATED this _____ day of January, 2010.

CARLSON, CALLADINE & PETERSON, LLP

_____
Michael C. Cooper
*An Interested Party on behalf of Plaintiff and Counter-Defendant National Surety Corporation*

DATED this 22 day of January, 2010.

CHRISTENSEN & JENSEN, P.C.

_____
Scott T. Evans, appearing pro hac vice

CALL & JENSEN, PC
Wayne W. Call
Kent R. Christensen
*Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff Pacific International Vegetable Marketing, Inc.*

DATED this _____ day of January, 2010.

MILLER, LP

_____
Randall Miller
Thomas Burg
*An interested Party on behalf of Third-Party Defendant TWIW Insurance Services, LLC*

IT IS SO ORDERED
AS MODIFIED:

_____
Edward M. Chen
U.S. Magistrate

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

PAC12-01:1293430_DOC:1-22-10

- 3 -

STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC