| | |
|---|---|
| 1 | Wayne W. Call, Bar No. 56676 |
| | Kent R. Christensen, Bar No. 253815 |
| 2 | CALL & JENSEN |
| | A Professional Corporation |
| 3 | 610 Newport Center Drive, Suite 700 |
| | Newport Beach, CA 92660 |
| 4 | Telephone: (949) 717-3000; Fax: (949) 717-3100 |
| | wcall@calljensen.com |
| 5 | kchristensen@calljensen.com |
| 6 | Scott T. Evans, Utah Bar No. 6218 |
| | CHRISTENSEN & JENSEN, P.C. |
| 7 | 15 West South Temple, Suite 800 |
| | Salt Lake City, UT 84101 |
| 8 | Telephone: (801) 323-5000; Fax: (801) 323-9037 |
| | scott.evans@chrisjen.com |
| 9 | *PRO HAC VICE* |
| 10 | Attorneys for Defendant, Counterclaimant, and Third-Party |
| | Claimant Pacific International Vegetable Marketing, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATIONAL SURETY CORPORATION, an Illinois corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation; and DOES 1 to 20, <br><br> Defendants. | Case No. 3:09-CV-04898-EMC <br><br> <u>Case Assigned to:</u> <br> Magistrate Judge Edward M. Chen <br><br> **STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** <br><br> ORDER |
| PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> NATIONAL SURETY CORPORATION, an Illinois corporation, <br><br> Counterdefendant. | Complaint Filed: September 18, 2009 <br> Trial Date: None Set |

PAC12-01:1293430.DOC:1-22-10

- 1 -

STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC

| | |
|---|---|
| PACIFIC INTERNATIONAL VEGETABLE MARKTING, INC., a California corporation, | |
| Third-Party Claimant, | |
| vs. | |
| TWIW INSURANCE SERVICES, LLC, a California limited liability company, | |
| Third-Party Defendant. | |

Plaintiff and Counter-Defendant NATIONAL SURETY CORPORATION; Defendant and Counter-Claimant PIM MARKETING, INC., and TWIW INSURANCE SERVICES, LLC, by and through their respective counsel, stipulate and agree that that the current ADR deadlines may be extended as follows:

| New Date | Event | Governing Rule |
|---|---|---|
| **02/10/2010** | Last day to meet & confer re: Initial Disclosures, early settlement; ADR process selection, and discovery plan; | FRDivP 26(F) & ADR L.R.3-5 |
| | File ADR Certification signed by Parties and Counsel; | Civil L.R. 16-8(b) & ADR L.R.3-5(b) |
| | File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; | Civil L.R. 16-8© & ADR L.R. 3-5(b) & (c) |
| ~~02/27/2010~~ 02/24/2010 | Last Day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re: Contents of Joint Case Management Statement; | Civil L.R. 16-9 |
| **03/3/2010** | INITIAL CASE MANAGEMENT CONFERENCE in Courtroom C, 15th Floor SF at 1:30 p.m. | Civil L.R. 16-10 |

The reason for said extension is that TWIW's answer is not due until January 25, 2010, and counsel for TWIW has therefore not yet entered their appearance for TWIW. Additionally, counsel for Plaintiff and Counter-Defendant is being substituted by Michael C. Cooper of Carlson, Calladine & Peterson, although said substitution has not yet taken place. Counsel of record and counsel of interested parties have agreed that it would be in the interest of judicial economy to delay these dates

until TWIW's counsel has entered their appearance and answered the Complaint on behalf of their clients, and to allow NSC's substitution of counsel to take place.

IT IS SO STIPULATED.

DATED this 21 day of January, 2010.

HINSHAW & CULBERTSON LLP

_____
Christopher J. Borders
*Attorneys for Plaintiff and Counter-Defendant National Surety Corporation*

DATED this ____ day of January, 2010.

CARLSON, CALLADINE & PETERSON, LLP

_____
Michael C. Cooper
*An Interested Party on behalf of Plaintiff and Counter-Defendant National Surety Corporation*

DATED this ____ day of January, 2010.

CHRISTENSEN & JENSEN, P.C.

_____
Scott T. Evans, appearing pro hac vice

CALL, JENSEN & FERRELL
Wayne W. Call
Kent R. Christensen
*Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff Pacific International Vegetable Marketing, Inc.*

DATED this 21 day of January, 2010.

MILLER, LP

_____
Randall Miller
Thomas Burg
*An interested Party on behalf of Third-Party Defendant TWIW Insurance Services, LLC*

1  until TWIW's counsel has entered their appearance and answered the Complaint on behalf of their
2  clients, and to allow NSC's substitution of counsel to take place.
3  IT IS SO STIPULATED.
4  DATED this _____ day of January, 2010.

HINSHAW & CULBERTSON LLP

Christopher J. Borders
*Attorneys for Plaintiff and Counter-Defendant National Surety Corporation*

DATED this **21** day of January, 2010.

CARLSON, CALLADINE & PETERSON, LLP

Michael C. Cooper
*An Interested Party on behalf of Plaintiff and Counter-Defendant National Surety Corporation*

DATED this _____ day of January, 2010.

CHRISTENSEN & JENSEN, P.C.

Scott T. Evans, appearing pro hac vice

CALL, JENSEN & FERRELL
Wayne W. Call
Kent R. Christensen
*Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff Pacific International Vegetable Marketing, Inc.*

DATED this _____ day of January, 2010.

MILLER, LP

Randall Miller
Thomas Burg
*An interested Party on behalf of Third-Party Defendant TWIW Insurance Services, LLC*

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

PAC12-01:1293430.DOC:1-20-10                    - 3 -
STIPULATION TO EXTENT DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC

1  until TWIW's counsel has entered their appearance and answered the Complaint on behalf of their
2  clients, and to allow NSC's substitution of counsel to take place.
3       IT IS SO STIPULATED.
4       DATED this ____ day of January, 2010.
5                                          HINSHAW & CULBERTSON LLP

7                                          _____
                                           Christopher J. Borders
                                           *Attorneys for Plaintiff and Counter-Defendant*
8                                          *National Surety Corporation*

9       DATED this ____ day of January, 2010.
10                                         CARLSON, CALLADINE & PETERSON, LLP

12                                         _____
                                           Michael C. Cooper
                                           *An Interested Party on behalf of Plaintiff and*
13                                         *Counter-Defendant National Surety Corporation*

14      DATED this 22 day of January, 2010.
15
                                           CHRISTENSEN & JENSEN, P.C.
16
                                           [signature]
17                                         _____
                                           Scott T. Evans, appearing pro hac vice
18
                                           CALL & JENSEN, PC
19                                         Wayne W. Call
                                           Kent R. Christensen
20                                         *Attorneys for Defendant, Counter-Claimant and*
                                           *Third-Party Plaintiff Pacific International*
21                                         *Vegetable Marketing, Inc.*

22
        DATED this ____ day of January, 2010.
23
                                           MILLER, LP
24  IT IS SO ORDERED
    AS MODIFIED:
25
                                           _____
26                                         Randall Miller
    _____           Thomas Burg
27  Edward M. Chen                         *An interested Party on behalf of Third-Party*
    U.S. Magistrate                        *Defendant TWIW Insurance Services, LLC*
28

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]

PAC12-01:1293430.DOC-1-22-10                         - 3 -
STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
                                    3:09-CV-04898-EMC