1  Wayne W. Call, Bar No. 56676
   Kent R. Christensen, Bar No. 253815
2  CALL & JENSEN
   A Professional Corporation
3  610 Newport Center Drive, Suite 700
   Newport Beach, CA 92660
4  Telephone: (949) 717-3000; Fax: (949) 717-3100
   wcall@calljensen.com
5  kchristensen@calljensen.com

6  Scott T. Evans, Utah Bar No. 6218
   CHRISTENSEN & JENSEN, P.C.
7  15 West South Temple, Suite 800
   Salt Lake City, UT 84101
8  Telephone: (801) 323-5000; Fax: (801) 323-9037
   scott.evans@chrisjen.com
9  *PRO HAC VICE*

10 Attorneys for Defendant, Counterclaimant, and Third-Party
   Claimant Pacific International Vegetable Marketing, Inc.

11

12 ## UNITED STATES DISTRICT COURT

13 ## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  NATIONAL SURETY CORPORATION, an Illinois corporation, | Case No. 3:09-CV-04898-EMC |
| 15                   Plaintiff, | Case Assigned to: Magistrate Judge Edward M. Chen |
| 16               vs. | |
| 17  PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation; and DOES 1 to 20, | **STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |
| 18 | ORDER |
| 19                   Defendants. | |
| 20 | |
| 21  PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation, | |
| 22                   Counterclaimant, | Complaint Filed:     September 18, 2009 Trial Date:             None Set |
| 23               vs. | |
| 24  NATIONAL SURETY CORPORATION, an Illinois corporation, | |
| 25                   Counterdefendant. | |

26

27

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

PAC12-01:1293430.DOC:1-22-10                              - 1 -

STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC

1

2 PACIFIC INTERNATIONAL VEGETABLE
   MARKTING, INC., a California corporation,
3
                    Third-Party Claimant,
4
                    vs.
5
   TWIW INSURANCE SERVICES, LLC, a
6  California limited liability company,
7                   Third-Party Defendant.

8
9          Plaintiff and Counter-Defendant NATIONAL SURETY CORPORATION; Defendant and

10 Counter-Claimant PIM MARKETING, INC., and TWIW INSURANCE SERVICES, LLC, by and

   through their respective counsel, stipulate and agree that that the current ADR deadlines may be
11
   extended as follows:
12

13 | New Date | Event | Governing Rule |
   |----------|-------|----------------|
14 | **02/10/2010** | Last day to meet & confer re: Initial Disclosures, early settlement; ADR process selection, and discovery plan; | FRDivP 26(F) & ADR L.R.3-5 |
15 | | File ADR Certification signed by Parties and Counsel; | Civil L.R. 16-8(b) & ADR L.R.3-5(b) |
16 | | File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference; | Civil L.R. 16-8© & ADR L.R. 3-5(b) & (c) |
17
18 | ~~02/27/2010~~ 02/24/2010 | Last Day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re: Contents of Joint Case Management Statement; | Civil L.R. 16-9 |
19
20
21 | **03/3/2010** | INITIAL CASE MANAGEMENT CONFERENCE in Courtroom C, 15th Floor SF at ~~1:30 p.m.~~  3:00 p.m. | Civil L.R. 16-10 |
22

23         The reason for said extension is that TWIW's answer is not due until January 25, 2010, and

24 counsel for TWIW has therefore not yet entered their appearance for TWIW.  Additionally, counsel

25 for Plaintiff and Counter-Defendant is being substituted by Michael C. Cooper of Carlson, Calladine &

26 Peterson, although said substitution has not yet taken place.  Counsel of record and counsel of

27 interested parties have agreed that it would be in the interest of judicial economy to delay these dates

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

PAC12-01:1293430.DOC:1-22-10                    - 2 -
STIPULATION TO EXTEND DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC

1  until TWIW's counsel has entered their appearance and answered the Complaint on behalf of their

2  clients, and to allow NSC's substitution of counsel to take place.

3       IT IS SO STIPULATED.

4       DATED this 21 day of January, 2010.

5            HINSHAW & CULBERTSON LLP

6

7            Christopher J. Borders

8            *Attorneys for Plaintiff and Counter-Defendant*
          *National Surety Corporation*

9       DATED this _____ day of January, 2010.

10           CARLSON, CALLADINE & PETERSON, LLP

11

12           Michael C. Cooper

13           *An Interested Party on behalf of Plaintiff and*
          *Counter-Defendant National Surety Corporation*

14

15      DATED this _____ day of January, 2010.

16           CHRISTENSEN & JENSEN, P.C.

17

18           Scott T. Evans, appearing pro hac vice

19           CALL, JENSEN & FERRELL
          Wayne W. Call

20           Kent R. Christensen
          *Attorneys for Defendant, Counter-Claimant and*

21           *Third-Party Plaintiff Pacific International*
          *Vegetable Marketing, Inc.*

22

23      DATED this 21 day of January, 2010.

24           MILLER, LP

25

26           Randall Miller
          Thomas Burg

27           *An interested Party on behalf of Third-Party*
          *Defendant TWIW Insurance Services, LLC*

28

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

PAC12-01:1293430.DOC:1-20-10

- 3 -

STIPULATION TO EXTENT DATES IN INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC

until TWIW's counsel has entered their appearance and answered the Complaint on behalf of their clients, and to allow NSC's substitution of counsel to take place.

IT IS SO STIPULATED.

DATED this _____ day of January, 2010.

HINSHAW & CULBERTSON LLP

_____
Christopher J. Borders
*Attorneys for Plaintiff and Counter-Defendant National Surety Corporation*

DATED this *21* day of January, 2010.

CARLSON, CALLADINE & PETERSON, LLP

_____
Michael C. Cooper
*An Interested Party on behalf of Plaintiff and Counter-Defendant National Surety Corporation*

DATED this _____ day of January, 2010.

CHRISTENSEN & JENSEN, P.C.

_____
Scott T. Evans, appearing pro hac vice

CALL, JENSEN & FERRELL
Wayne W. Call
Kent R. Christensen
*Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff Pacific International Vegetable Marketing, Inc.*

DATED this _____ day of January, 2010.

MILLER, LP

_____
Randall Miller
Thomas Burg
*An interested Party on behalf of Third-Party Defendant TWIW Insurance Services, LLC*

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

until TWIW's counsel has entered their appearance and answered the Complaint on behalf of their clients, and to allow NSC's substitution of counsel to take place.

IT IS SO STIPULATED.

DATED this _____ day of January, 2010.

HINSHAW & CULBERTSON LLP

_____
Christopher J. Borders
*Attorneys for Plaintiff and Counter-Defendant National Surety Corporation*

DATED this _____ day of January, 2010.

CARLSON, CALLADINE & PETERSON, LLP

_____
Michael C. Cooper
*An Interested Party on behalf of Plaintiff and Counter-Defendant National Surety Corporation*

DATED this 22 day of January, 2010.

CHRISTENSEN & JENSEN, P.C.

_____
Scott T. Evans, appearing pro hac vice

CALL & JENSEN, PC
Wayne W. Call
Kent R. Christensen
*Attorneys for Defendant, Counter-Claimant and Third-Party Plaintiff Pacific International Vegetable Marketing, Inc.*

DATED this _____ day of January, 2010.

MILLER, LP

_____
Randall Miller
Thomas Burg
*An interested Party on behalf of Third-Party Defendant TWIW Insurance Services, LLC*

IT IS SO ORDERED
AS MODIFIED:

_____
Edward M. Chen
U.S. Magistrate

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

CALL, JENSEN &
FERRELL
A PROFESSIONAL
CORPORATION

PAC12-01:1293430.DOC:1-22-10                                              - 3 -
STIPULATION TO EXTEND DATES OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
3:09-CV-04898-EMC