ROBERT M. PETERSON [SBN 100084]
MICHAEL C. COOPER [SBN 114729]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:   (415) 391-3911
Facsimile:    (415) 391-3898

Attorneys for Plaintiff and Cross-Defendant
NATIONAL SURETY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL SURETY CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation; and DOES 1 to 20,<br><br>    Defendants. | Case No.: 3:09-CV-04898-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE COURT ORDER FOR COMPLETION OF ADR**<br><br>Complaint Filed: September 18, 2009<br>Trial Date:         January 30, 2012 |
| PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation,<br><br>    Counter-claimant,<br><br>vs.<br><br>NATIONAL SURETY CORPORATION, an Illinois corporation,<br><br>    Counter-defendant. | |
| PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation,<br><br>    Cross-Complainant,<br><br>vs. | |

229679_1

STIPULATION AND [PROPOSED] ORDER

CASE NO.: 3:09-CV-04898-EMC

| | |
|---|---|
| TWIW INSURANCE SERVICES, LLC, a California corporation, <br><br> Cross-Defendant. | ) <br> ) <br> ) <br> ) <br> ) |
| TWIW INSURANCE SERVICES, LLC, a California limited liability company, <br><br> Cross-Complainant, <br><br> vs. <br><br> NATIONAL SURETY CORPORATION, an Illinois corporation, <br><br> Cross-Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiff and Cross-Defendant NATIONAL SURETY CORPORATION, Defendant and Cross-Complainant PIM MARKETING, INC., and Cross-Complainant and Cross-Defendant TWIW INSURANCE SERVICES, LLC, by and through their respective counsel, stipulate and agree that the current deadline for the completion of ADR (mediation through JAMS) may be extended from July 31, 2010 to August 20, 2010.

The reason for said extension is that the parties have agreed upon JAMS mediator, Judge James Warren (Retired), but due to Judge Warren's busy schedule and the schedule of the party representatives and their counsel, the parties were unable to obtain a workable mediation date from Judge Warren before August 16, 2010. The parties have reserved an August 16th date with Judge Warren, pending the Court's execution of this Order. The brief extension for the completion of ADR in this matter should not materially impact the remaining case management schedule because the trial is not scheduled until early 2012.

IT IS SO STIPULATED.

1  DATED: June 7, 2010                CARLSON, CALLADINE & PETERSON LLP

                                      _____
                                      Michael C. Cooper
                                      Attorneys for Plaintiff and Cross-Defendant
                                      NATIONAL SURETY CORPORATION

6  DATED: June 7, 2010                MILLER LLP

                                      _____
                                      Randall Miller
                                      Courtney Henning
                                      Attorneys for Cross-Defendant and Cross-
                                      Complainant
                                      TWIW INSURANCE SERVICES, LLC

12 DATED: June 7, 2010                CHRISTENSEN & JENSEN, P.C.

                                      _____
                                      Scott T. Evans, appearing pro hac vice
                                      Attorneys for Defendant and Cross-Complainant
                                      PACIFIC INTERNATIONAL VEGETABLE
                                      MARKETING, INC.

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the deadline for completion of ADR is extended to August 20, 2010. The status conference set for 8/4/10 is reset for 9/8/10 at 2:30 p.m. An updated joint status conference statement shall be filed by 9/1/10.

IT IS SO ORDERED.

DATED: June 8, 2010

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

229679_1.DOC                          3
                          STIPULATION AND [PROPOSED] ORDER
                                                          CASE NO.: 3:09-CV-04898-EMC

**PROOF OF SERVICE**
(*Code of Civil Procedure* §§ 1013a, 1013(a), 1013(e) & 2015.5)

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 353 Sacramento Street, 16th Floor, San Francisco, California 94111.

On June 7, 2010, I served the following document described **STIPULATION AND [PROPOSED] ORDER EXTENDING THE COURT ORDER FOR COMPLETION OF ADR** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Randall A. Miller, Esq.<br>Thomas Burg<br>Miller LLP<br>225 South Lake Avenue, Suite 630<br>Pasadena, CA 91101<br>(800) 720-2126<br>(888) 749-5812 FAX<br>Email: tom@millerllp.com | Scott T. Evans, Esq.<br>Christensen & Jensen, P.C.<br>15 West South Temple, Suite 800<br>Salt Lake City, UT 84101<br>(801) 323-5000<br>(801) 323-9037 FAX<br>Email: scott.evans@chrisjen.com |

[X]   (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid is postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL DELIVERY) I delivered the foregoing envelope by hand to the offices of the addressee.

[X]   (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a Court Order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in Item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the offices of a member of the bar of this Court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2010, at San Francisco, California.

_____
EILEEN M. WILSON