ROBERT M. PETERSON [SBN 100084]
MICHAEL C. COOPER [SBN 114729]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:     (415) 391-3911
Facsimile:     (415) 391-3898

Attorneys for Plaintiff and Cross-Defendant
NATIONAL SURETY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL SURETY CORPORATION, | Case No.: 3:09-CV-04898-EMC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE COURT ORDER FOR COMPLETION OF ADR** |
| vs. | |
| PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation; and DOES 1 to 20, | Complaint Filed: September 18, 2009<br>Trial Date:          January 30, 2012 |
| Defendants. | |
| PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation, | |
| Counter-claimant, | |
| vs. | |
| NATIONAL SURETY CORPORATION, an Illinois corporation, | |
| Counter-defendant. | |
| PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC., a California corporation, | |
| Cross-Complainant, | |
| vs. | |

CARLSON CALLADINE & PETERSON, LLP
353 SACRAMENTO STREET
16TH FLOOR
SAN FRANCISCO, CA 94111

229915_1

TWIW INSURANCE SERVICES, LLC, a
California corporation,

        Cross-Defendant.

_____

TWIW INSURANCE SERVICES, LLC, a
California limited liability company,

        Cross-Complainant,

        vs.

NATIONAL SURETY CORPORATION, an
Illinois corporation,

        Cross-Defendant.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Plaintiff and Cross-Defendant NATIONAL SURETY CORPORATION, Defendant and Cross-Complainant PIM MARKETING, INC., and Cross-Complainant and Cross-Defendant TWIW INSURANCE SERVICES, LLC, by and through their respective counsel, stipulate and agree that the current deadline for the completion of ADR (mediation through JAMS) may be extended from August 20, 2010 to August 27, 2010.

The reason for the one-week extension is that the parties agreed upon JAMS mediator, Judge James Warren (Retired), and had scheduled the mediation for August 16, 2010. Unfortunately, the parties were informed by Judge Warren's assistant on July 13, 2010 that a conflict had arisen in Judge Warren's calendar and the mediation had to be rescheduled. The parties reserved the next available mediation date on Judge Warren's calendar, August 23, 2010, pending the Court's execution of this Order. The brief extension for the completion of ADR in this matter should not impact the remaining case management schedule. An updated joint status conference statement is due on September 1, 2010, and the status conference is scheduled for September 8, 2010. The trial is not scheduled until early 2012.

IT IS SO STIPULATED.

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

**STIPULATION AND [PROPOSED] ORDER**

CASE NO.: 3:09-CV-04898-EMC

DATED:  July ___, 2010                    CARLSON, CALLADINE & PETERSON LLP


/s/ Michael C. Cooper
Michael C. Cooper
Attorneys for Plaintiff and Cross-Defendant
NATIONAL SURETY CORPORATION

DATED:  July ___, 2010                    MILLER LLP


/s/ Randall Miller
Randall Miller
Courtney Henning
Attorneys for Cross-Defendant and Cross-Complainant
TWIW INSURANCE SERVICES, LLC

DATED:  July ___, 2010                    CHRISTENSEN & JENSEN, P.C.


/s/ Scott T. Evans
Scott T. Evans, appearing pro hac vice
Attorneys for Defendant and Cross-Complainant
PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC.

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the deadline for completion of ADR is extended to August 23, 2010.

IT IS SO ORDERED.

DATED:  July_____, 2010                    _____

                                           UNITE                    JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111