1

**AKIN GUMP STRAUSS HAUER & FELD LLP**
ATTORNEY DAVID A. JONES (SBN 125413)

2

300 CONVENT STREET
SUITE 1500

3

SAN ANTONIO, TX 78205
Telephone:  210.281.7000

4

Facsimile:  210.224.2035

5

ATTORNEY ASHLEY B. VINSON (SBN 257246)
580 California Street

6

Suite 1500
San Francisco, CA 94104-1036

7

Telephone:    415.765.9500
Facsimile:    415.765.9501

8

Attorneys for National Surety Corporation

9

10

11

### UNITED STATES DISTRICT COURT

12

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

13

14

NATIONAL SURETY CORPORATION, an
Illinois corporation,

15

                    Plaintiff,

16

        v.

17

PACIFIC INTERNATIONAL VEGETABLE
MARKETING, INC., a California

18

corporation,

19

                    Defendant.

20

21

Case No. 3:09-CV-04898-EMC

Case Assigned to:
Magistrate Judge Edward M. Chen

**PLAINTIFF'S APPLICATION FOR
APPROVAL OF SUBSTITUTION OF
ATTORNEY** ; ORDER

TO THE COURT AND ALL COUNSEL OF RECORD:

22

        PLEASE TAKE NOTICE that Plaintiff National Surety Corporation hereby requests leave of

23

court to substitute David A. Jones and Ashley B. Vinson of Akin Gump Strauss Hauer & Feld, LLP in

24

place of Michael C. Cooper of Carlson, Calladine & Peterson, LLP as Plaintiff's counsel of record in

25

this action.  By signing below, counsel represents that this substitution will cause no delay in the

26

prosecution of this case to completion.  If this Application is granted, all further notices and pleadings

27

in this matter should be sent to:

28

DAVID A. JONES
ASHLEY B. VINSON
Akin Gump Strauss Hauer & Feld, LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Tel: 415.765.9500
Fax: 415.765.9501

Dated: August 4, 2010

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ashley B. Vinson

By _____
Ashley B. Vinson
Attorneys for Plaintiff

Dated: August 4, 2010

**CARLSON, CALLADINE & PETERSON LLP**
Michael C. Cooper

By _____
Michael C. Cooper
Former Attorneys for Plaintiff

**[PROPOSED] ORDER**

The Substitution of attorneys is hereby approved.

IT IS SO ORDERED.

Dated: 8/16/10

MAGISTRAT                                   EN

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2