

1  DAVID A. JONES (SBN 125413)
   djones@akingump.com
2  ASHLEY B. VINSON (SBN 257246)
   avinson@akingump.com
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, Suite 1500
4  San Francisco, CA 94104
   Telephone:   (415) 765-9500
5  Facsimile:   (415) 765-9501

6  Attorneys for Plaintiff and Cross-Defendant
   NATIONAL SURETY CORPORATION
7

8                   UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10 | NATIONAL SURETY CORPORATION, an | Case No. 3:09-CV-04898-EMC
    Illinois Corporation,
11 |                                 | **JOINT STIPULATION OF DISMISSAL
                  Plaintiff,           WITH PREJUDICE AND [PROPOSED]
12 |                                   ORDER**
         v.
13 |                                 | Date:
   PACIFIC INTERNATIONAL VEGETABLE     Time:
14 | MARKETING, INC., a California     Judge:   Magistrate Judge Edward M. Chen
   Corporation; and DOES 1 to 20,
15
                  Defendants.
16 | PACIFIC INTERNATIONAL VEGETABLE
17 | MARKETING, INC., a California
   Corporation,
18
             Counter-Claimant,
19
         v.
20
   NATIONAL SURETY CORPORATION, an
21 | Illinois Corporation,

22           Counter-Defendant.
23 | PACIFIC INTERNATIONAL VEGETABLE
   MARKETING, INC., a California
24 | Corporation,

25           Cross-Complainant,

26       v.

27 | TWIW INSURANCE SERVICES, LLC, a
   California Corporation,
28

| | |
|---|---|
| 1 | Cross-Defendant. |
| 2 | TWIW INSURANCE SERVICES, LLC, a California Limited Liability Company, |
| 3 | |
| | Cross-Complainant, |
| 4 | |
| | v. |
| 5 | |
| | NATIONAL SURETY CORPORATION, an Illinois Corporation, |
| 6 | |
| 7 | Cross-Defendant. |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER         3:09-CV-04898-EMC

1  Plaintiff, Counter-Defendant, Cross-Defendant and Counter-Claimant NATIONAL SURETY
2  CORPORATION ("NSC"), Defendant, Counter-Claimant, Third Party Plaintiff and Counter-Defendant
3  PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC. ("PIM") and Defendant, Third
4  Party Defendant and Cross-Claimant TWIW INSURANCE SERVICES, LLC ("TWIW")(collectively
5  the "Parties") file this Joint Stipulation for Dismissal with Prejudice, and would respectfully show the
6  court as follows:

1. On September 18, 2009, NSC filed a declaratory relief action against PIM in the Superior Court of the State of California for the County of Marin entitled *National Surety Corporation v. Pacific International Vegetable Marketing, Inc.*, Case No. CIV094774;
2. On October 15, 2009, the action was removed to the United States District Court for the Northern District of California, Case No. 3:09-CV-4898;
3. On October 21, 2009, PIM filed a counterclaim against NSC;
4. On October 30, 2009, PIM filed a third party complaint against TWIW;
5. On January 25, 2010, TWIW filed a cross-claim against NSC;
6. On February 19, 2010, NSC filed a counterclaim against PIM; and
7. The parties no longer wish to prosecute their claims in this litigation.

THEREFORE the parties jointly request that the entire action be dismissed with prejudice.

Dated: 9/13/10

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
ASHLEY B. VINSON
Attorneys for NATIONAL SURETY CORPORATION

CHRISTENSEN & JENSON, PC

By _____
SCOTT T. EVANS
Attorneys for PACIFIC INTERNATIONAL VEGETABLE MARKETING, INC.

MILLER LLP

By: _____
RANDALL A. MILLER
Attorneys for TWIW INSURANCE SERVICES, LLC

ATTESTATION CERTIFICATE

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their signatures within this e-filed document.

Dated: 9/13/10

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
ASHLEY B. VINSON
Attorneys for NATIONAL SURETY CORPORATION

## [PROPOSED] ORDER

Upon request by the Parties and good cause showing, the Court hereby rules as follows: The Parties' Joint Stipulation of Dismissal with Prejudice is GRANTED.

IT IS SO ORDERED.

Dated: September 14, 2010

_____
Magistrate Judge EDWARD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*(Seal: United States District Court, Northern District of California)*